IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| DANIEL HALL, ) | |
| ) | CASE NO. BK02-41683 |
| Debtor(s). ) | |
| UNITED STATES OF AMERICA, ) | A02-4066 |
| ) | |
| Plaintiff, ) | 8:02CV231 |
| ) | |
| vs. ) | CH. 12 |
| ) | |
| DANIEL HALL, et al., ) | |
| ) | |
| Defendants. ) | |

### REPORT & RECOMMENDATION

This matter is before the court on its own motion. The case was referred to the bankruptcy court when one of the defendants filed a bankruptcy petition. The bankruptcy case was recently dismissed, so the matter may return to district court for further proceedings.

I respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this case and permit the parties to proceed with their litigation.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:   March 10, 2006

RESPECTFULLY SUBMITTED,

  Timothy J. Mahoney
Chief Judge

Notice given by the Court to:
 Paul Boeshart
 Lance James Johnson
 Richard Lydick
 U.S. Trustee